**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM CHABAN** (#M-22882), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 1926 |
| ) | |
| **CORRECTIONAL OFFICER**, ) | |
| **JANE AND JOHN DOES 1-10**, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

This newly-filed lawsuit by pro se prisoner plaintiff William Chaban ("Chaban") was brought pursuant to 42 U.S.C. § 1983. Chaban sues various Stateville Correctional Center ("Stateville") officials, alleging that correctional officers were deliberately indifferent to his serious medical needs because they skipped doses of his cancer medication, causing him to experience pain, nausea, headaches and other side effects. This Court has engaged in the initial screening called for by 28 U.S.C. § 1915A(a),[1] and it finds Chaban's claims to be both viable and "plausible" within the meaning of the Twombly-Iqbal canon (although no factual findings are of course made at this early date).

Accompanying Chaban's Complaint are two other Clerk's-Office-supplied printed forms: an In Forma Pauperis Application ("Application") and a motion seeking the designation of pro bono counsel to represent Chaban ("Motion"). Chaban's Application is granted, and pursuant to Section 1915(b)(1) Chaban is assessed an initial partial filing fee of $7.92. Stateville's trust fund officer is authorized and ordered to collect the partial filing fee from Chaban's trust fund account

---

[1] All further references to Title 28 provisions will take the form "Section --," omitting the prefatory "28 U.S.C."

and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, Stateville's trust fund officer is directed to collect monthly payments from Chaban's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid, with all payments to be sent to the Clerk, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, Attn: Cashier's Desk, 20th Floor, and to identify clearly Chaban's name and this case number. This payment obligation will follow Chaban wherever he may be transferred.

Chaban's Motion is granted because of the nature of the allegations made in the Complaint. This Court hereby requests that Katharine Elizabeth Heitman, Baker & Hostetler LLP, 191 North Wacker Drive, Suite 3100, Chicago, IL 60606, provide Chaban with assistance of counsel and represent him in accordance with counsel's trial bar obligations under the District Court's LR 83.37. Counsel shall review the Complaint and confer with Chaban to determine whether she will proceed with the Complaint on file or submit an Amended Complaint within 63 days from the date of this order. If counsel is unable to proceed or to file an Amended Complaint that comports with counsel's obligations under Rule 11 of the Federal Rules of Civil Procedure, she should so inform this Court. This action is set for a status hearing at 9 a.m. May 28, 2015.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 12, 2015