# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM CHABAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15 C 1926 |
| TARRY WILLIAMS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This matter has come before this Court on defendant Tarry Williams' Agreed Motion for Extension of Time (Dkt. 14) and this Court's June 17, 2015 Order (Dkt. 16). It is hereby ordered that:

1. Plaintiff's counsel will determine whether to file an Amended Complaint or to proceed on the original Complaint and will inform defense counsel of her decision by July 31, 2015.

2. If plaintiff's counsel decides to proceed on the original Complaint, defendants will answer or otherwise plead by August 14, 2015.

3. If however plaintiff's counsel decides to file an Amended Complaint, it will be filed by August 21, 2015 and defendants will answer or otherwise plead to the Amended Complaint within 21 days after receipt of a copy of that revised pleading. In that event this Court will reset the presently set status hearing to a date after the filing of defendants' responsive pleading.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 23, 2015